MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Kevin Savangsy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SAVANGSY,<br><br>　　　　Defendant. | Case No.: 2:19 CR 41 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

It is hereby stipulated between the parties, Quinn Hochhalter, Assistant United States Attorney, and Michael Chastaine, attorney for Kevin Savangsy, that the status conference date of Friday, April 26, 2019 should be continued until Friday, June 21, 2019. The continuance is necessary in that counsel recently substituted into the case and is in the process of reviewing the discovery, conducting investigation and discussing the matter with Mr. Savangsy.

IT IS STIPULATED that the period of time up to and including June 21, 2019 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation

1

of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: April 22, 2019          By: _____/s/ Michael Chastaine
                                         MICHAEL CHASTAINE
                                         Attorney for Kevin Savangsy


Dated: April 22, 2019          McGREGOR SCOTT
                                         United States Attorney

                                         By: /s/ Quinn Hochhalter
                                         QUINN HOCHHALTER
                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 26, 2019 at 9:00 a.m. be continued to Friday, June 21, 2019 at 9:00 a.m. and that the period from April 26, 2019 to June 21, 2019 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: April 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge