MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Kevin Savangsy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19 CR 0041 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| KEVIN SAVANGSY, | |
| Defendant. | |

It is hereby stipulated between the parties, Quinn Hochhalter, Assistant United States Attorney, and Michael Chastaine, attorney for Kevin Savangsy, that the status conference date of Friday, June 21, 2019 should be continued until Friday, August 16, 2019. The continuance is necessary in order for counsel to complete reviewing the discovery and go over it with Mr. Savangsy. Counsel also anticipates receiving a plea agreement and will need time to review the same and go over it with Mr. Savangsy.

IT IS STIPULATED that the period of time up to and including August 16, 2019 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and

continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: June 17, 2019          By:     /s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for Kevin Savangsy

Dated: June 17, 2019          McGREGOR SCOTT
                                           United States Attorney

                                           By: /s/ Quinn Hochhalter
                                           QUINN HOCHHALTER
                                           Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, June 21, 2019 at 9:00 a.m. be continued to Friday, August 16, 2019 at 9:00 a.m. and that the period from June 21, 2019 to August 16, 2019 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: June 17, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge