MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Kevin Savangsy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19 CR 0041 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| KEVIN SAVANGSY, | |
| Defendant. | |

It is hereby stipulated by and between the defendant, Kevin Savangsy, and his undersigned attorney, and the United States and its undersigned attorney, that the date for sentencing should be continued from November 1, 2019 to January 10, 2020 and that the schedule for disclosure of the Presentence Report should be amended to provide as follows:

1. that the Proposed Pre-Sentence Report shall be disclosed to Counsel no later than December 2, 2019;

2. that Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer no later than December 13, 2019;

3. that the Pre-Sentence Report shall be filed with the Court and disclosed to Counsel no later than December 20, 2019;

4. that Motions for Correction of the Pre-Sentence Report shall be filed and served on Counsel and the Probation Officer no later than December 27, 2019; and

5. Ms. Hochhalter has authorized the undersigned attorney to sign this stipulation for her.  Further the probation officer is aware of this request and has not objection.


Dated: October 18, 2019          By: _____/s/ Michael Chastaine
                                      MICHAEL CHASTAINE
                                      Attorney for Kevin Savangsy


Dated: October 19, 2019          McGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Quinn Hochhalter_____
                                 QUINN HOCHHALTER
                                 Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for Friday, November 1, 2019 at 9:00 a.m. be continued to Friday, January 10, 2020 at 9:00 a.m.

Dated:  October 21, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge